In the Matter of the Application of THE COUNTY TRUST COMPANY OF WHITE PLAINS, N. Y., Petitioner, Appellant, for an Order Commanding ALMERINDO PORTFOLIO, as Treasurer, and JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of EDITH BRITT and Others, Petitioners, Respondents, for an Order against PAUL J. KERN, President, and Others, Commissioners, Constituting the Municipal Civil Service Commission for the City of New York, and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

REBECCA BRILL, Respondent, v. LEO BRILL, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NEWARK FIRE INSURANCE COMPANY and Others, Plaintiffs, v. REBECCA BRILL and JOSEPH A. ARNOLD, Defendants, Appellants; ROXY PLUMBING & HEATING INC., HYMAN GRILL and WELBILT STOVE CO., INC., Defendants, Respondents; LEO BRILL, Defendant.— Orders unanimously affirmed, with twenty dollars costs and disbursements to the respondents, Roxy Plumbing & Heating, Inc., and Hyman Grill. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

STEPHEN CALLAGHAN and Others, Respondents, v. WILLIAM M. GREVE, Appellant, Impleaded with Others, Defendants.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order, upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the GENERAL INDEMNITY CORPORATION OF AMERICA, Respondent. Claim of: OWEN B. HUNT, Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of INDEPENDENCE INDEMNITY COMPANY, Appellant. (Claim No. D-166.) — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of THOMAS KINSELLA, JR., Petitioner, Respondent, for an Order against PAUL J. KERN and Others, as Municipal Civil Service Commissioners in and for the City of New York, etc., and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.